UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA LADEAL KYLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA VICTIM COMPENSATION BOARD, et al.,<br><br>    Defendants. | No. 2:21-cv-0479 KJM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 22, 2021, plaintiff filed objections to the pending findings and recommendations. However, plaintiff did not sign the objections. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's objections unless he signs and re-files the objections. Accordingly, plaintiff is provided an opportunity to re-file objections bearing his signature. Failure to submit signed objections will result in the dismissal of this action.

Therefore, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall re-file signed objections.

Dated: April 29, 2021

kyle0479.r11

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE