UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donta Ladeal Kyle,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>California Victim Compensation Board, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:21-cv-00479-KJM-KJN<br><br>ORDER |

Donta Ladeal a Kyle, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. F&Rs, ECF No. 5. The magistrate judge recommends dismissing the complaint without leave to amend because the defendant, the California Victim Compensation Board, is not a "person" under 42 U.S.C. § 1983. *See generally id.* Kyle objects to the findings and recommendations, arguing he should be permitted to amend his complaint to assert a claim against individual officers. *See* Objections, ECF No. 8.

State officials sued in their official capacity for injunctive relief are "persons" under § 1983. *Will v. Michigan Dep't of State Police*, 491 U.S. 58, 71 (1989). State officials may also

1

be sued in their personal capacity under § 1983.  *Hafer v. Melo*, 502 U.S. 21, 31 (1991).  The court cannot conclude on this record that Kyle's proposed amendment would be futile, and Rule 15(a) imposes a "very liberal" policy in favor of amendment.  *AmerisourceBergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 951 (9th Cir. 2006).   The complaint is thus **dismissed with leave to amend**, and the findings and recommendations are adopted in part to that extent.  **Any amended complaint must be filed within 60 days.**  This matter is referred again to the assigned magistrate judge for all pretrial purposes.

    IT IS SO ORDERED.

DATED:  June 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE