1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONTA LADEAL KYLE,                          No.  2:21-cv-0479 KJM KJN P

12                   Plaintiff,

13          v.                                   FINDINGS & RECOMMENDATIONS

14   CALIFORNIA VICTIM
     COMPENSATION BOARD, ET AL.,
15
                     Defendants.
16

17

18          On June 7, 2021, the district court dismissed plaintiff's complaint with leave to amend,

19   granting plaintiff sixty days in which to file an amended complaint.  Sixty days from that date

20   have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the

21   court's order.

22          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24          These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court and serve a copy on all parties.  Such a document should be captioned

28   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

                                                 1

1  failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  August 27, 2021

4

5  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

6  kyle0479.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28