1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONTA LADEAL KYLE,                        No.  2: 21-cv-0479 KJM KJN P

12              Plaintiff,

13        v.                                    ORDER

14    CALIFORNIA VICTIM
      COMPENSATION BOARD, ET. AL.,
15
               Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

20    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On August 27, 2021, the magistrate judge filed findings and recommendations, which

22    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

23    and recommendations were to be filed within fourteen days.  Plaintiff did not file objections to the

24    findings and recommendations.

25        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

26    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

27    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

28    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3              Accordingly, IT IS HEREBY ORDERED that:

4              1.  The findings and recommendations filed August 27, 2021, are adopted in full; and

5              2.  This action is dismissed without prejudice.  *See* Local Rule 110; Fed. R. Civ. P. 41(b).

6    DATED:  October 15, 2021

7

8    _____
     CHIEF UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2